MARCH 25, 1986

No. A–653 (85–6448). ADAMS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. The order heretofore entered March 6, 1986 [*ante,* p. 1062], staying execution of the sentence of death is continued to and including Monday, March 31, 1986.

MARCH 28, 1986

No. 85–1195. LONAVAT *v.* HARVEY ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 53.

MARCH 31, 1986

No. 85–1261. MEYERS ET AL. *v.* SENECA COUNTY BOARD OF COMMISSIONERS. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. A–581 (85–1459). POWELL *v.* POWELL. Ct. App. Tex., 10th Sup. Jud. Dist. Application for recall and stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–703. FEDORA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Application for stay pending appeal, addressed to JUSTICE POWELL and referred to the Court, denied.

No. D–536. IN RE DISBARMENT OF LOVETT. Disbarment entered. [For earlier order herein, see 474 U. S. 1079.]

No. D–538. IN RE DISBARMENT OF VETTER. Disbarment entered. [For earlier order herein, see 474 U. S. 1044.]

No. D–539. IN RE DISBARMENT OF MUELLER. Disbarment entered. [For earlier order herein, see 474 U. S. 1044.]

No. D–540. IN RE DISBARMENT OF CHOSID. Disbarment entered. [For earlier order herein, see 474 U. S. 1044.]

No. D–550. IN RE DISBARMENT OF MICHAELS. It is ordered that Robert Scott Michaels, of Beverly Hills, Cal., be suspended